```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     TINA CZERW, on behalf of herself and all
     other employees similarly situated

                         Plaintiff(s)

       -vs-                                       03-Cv-6233T


     RONALD BILLITIER ELECTRIC, INC.

                         Defendant(s)
_____
```

The Court having been advised that the above action has been settled, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

SO ORDERED.

                                             S/ MICHAEL A. TELESCA
                                          MICHAEL A. TELESCA
                                          United States District Judge

Dated: July 17, 2006